**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LARRY DORSEY,**

**Plaintiff,**

**vs.**                                                **Case No. 4:18cv334-WS/CAS**

**JULIE L. JONES,
and M. LEE KELLY,**

**Defendants.**
**_____/**

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se, initiated this case by filing a complaint, ECF No. 1, and an in forma pauperis motion.  ECF No. 2. Plaintiff's motion was granted, ECF NO. 4, and his civil rights complaint was reviewed as required by 28 U.S.C. § 1915A.  Because the complaint was insufficient as filed, Plaintiff was required to file an amended complaint to correct the deficiencies which were explained to him in an Order entered on October 22, 2018.  ECF No. 5.  Plaintiff's deadline for filing the amended complaint was November 21, 2018.  *Id.*  As of this date, Plaintiff has not complied.

Plaintiff was advised that if he did not comply with that Order, a recommendation would be made to dismiss this case.  ECF No. 5. Because he has not complied, it appears that Plaintiff has abandoned this litigation.  Accordingly, this case should now be dismissed for Plaintiff's failure to prosecute and failure to file an "Amended Complaint."

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to file an amended complaint and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on January 2, 2019.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.   A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**